UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Raisa Maria Garcia

Debtor(s) /

Case No.: 25-22037-RAM
Chapter 13

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the **ORDER GRANTING ATTORNEY-REPRESENTED DEBTOR'S VERIFIED "OUT OF TIME" MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION** was sent to all parties on the attached service list on February 6, 2026.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Raisa Maria Garcia
1601 SW 122nd AVE APT 6
Miami, FL 33175-7305

NewRez LLC d/b/a Shellpoint Mortgage Servicing,
PO Box 10826,
Greenville, SC 29603-0826

Federal Home Loan Mortgage Corporation,
8200 Jones Branch Drive
McLean, VA 22102-3110

Respectfully submitted:
February 6, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com