**ORDERED in the Southern District of Florida on July 23, 2026.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Raisa Maria Garcia

Case No.: 25-22037-RAM
Chapter 13

Debtor /

**ORDER GRANTING MOTION TO APPROVE TRIAL PERIOD PLAN MORTGAGE MODIFICATION AGREEMENT WITH (LENDER)**

This matter came before the Court:

☒ Without a hearing on the *Debtor's Motion to Approve Trial Period Plan Mortgage Modification Agreement* with Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2018-1 / NewRez LLC d/b/a Shellpoint Mortgage Servicing [POC#5] ECF#57 ("Lender") with respect to real property located at 1601 SW 122nd AVE APT 6, Miami, FL 33175-7305 (street address).

☐ For a hearing on [date] on the Unrepresented *Debtor's Motion to Approve Mortgage Modification Agreement* with Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2018-1 / NewRez LLC d/b/a Shellpoint Mortgage Servicing [POC#5] [5] ("Lender") with respect to real property located at 1601 SW 122nd AVE APT 6, Miami, FL 33175-7305 (street address).

Upon consideration of the motion and the record in this case, it is

**ORDERED** that:

1. The motion is **GRANTED**.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the agreement.

3. [For chapter 13 cases] The Debtor must modify the last filed chapter 13 plan on or before August 6, 2026 to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of the agreement and this Order.

###

Attorney Jose A. Blanco shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).